1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JERRY WAYNE YOUNG,                    No.  2:22-cv-00055-JAM-CKD P

12            Plaintiff,

13        v.                               ORDER

14   PATRICK COVELLO, et al.,

15            Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights

18   action filed pursuant to 42 U.S.C. § 1983.  On April 28, 2022, the court dismissed plaintiff's

19   complaint, but granted him leave to file an amended complaint.  ECF No. 13.  Rather than file an

20   amended complaint, plaintiff filed a notice of appeal of the court's order.  On May 25, 2022, the

21   Ninth Circuit Court of Appeals dismissed plaintiff's appeal for lack of jurisdiction.  See ECF No.

22   21.  As a result, the court will reset the deadline for filing an amended complaint in this matter.

23        Accordingly, IT IS HEREBY ORDERED that:

24        1.  Plaintiff is granted thirty days from the date of service of this order to file an amended

25            complaint that complies with the requirements of the Civil Rights Act, the Federal

26            Rules of Civil Procedure, and the Local Rules of Practice.

27        2.  The amended complaint must bear the docket number assigned this case and must be

28            labeled "Amended Complaint."

                                        1

    3.  Failure to file an amended complaint within the time provided will result in a

recommendation that this action be dismissed.

Dated:  May 31, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/young0055.reset.ddl.docx

2