1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JERRY WAYNE YOUNG,                         No.  2:22-cv-00055-DAD-CKD PC)

12                Plaintiff,

13         v.                                    ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS AND DISMISSING
14    PATRICK COVELLO, et al.,                   ACTION WITHOUT PREJUDICE

15                Defendants.                    (Doc. No. 25)

16

17

18         Plaintiff Jerry Wayne Young is a state prisoner proceeding *pro se* and *in forma pauperis*

19    in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United

20    States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21         On July 21, 2022, the assigned magistrate judge issued findings and recommendations,

22    recommending the dismissal of this action due to plaintiff's failure to prosecute and failure to

23    comply with court orders.  (Doc. No. 25.)  The findings and recommendations were served on all

24    parties and contained notice that any objections thereto were to be filed within fourteen (14) days

25    of service.  (*Id.* at 2.)  Plaintiff filed objections dated August 3, 2022, which were timely filed

26    under the mailbox rule.  (Doc. No. 27.)

27         In his objections, plaintiff contends that the pending findings and recommendations are

28    contrary to procedural due process and indicative of "bad faith, [m]isbehavior."  (*Id.* at 1.)

                                                1

1    Plaintiff also presents a somewhat confusing argument in which he contends that federal question

2    jurisdiction exists for his claim and that the taking of his property "manifests a miscarriage of

3    procedural due process by named individual employees."  (*Id.* at 8–9.)  Plaintiff's objections do

4    not address the deficiencies in his complaint that the magistrate judge identified in the screening

5    order (Doc. No. 13), nor do they explain his failure to file a timely amended complaint in

6    compliance with the directives of that screening order.  The undersigned finds plaintiff's

7    objections to be unpersuasive.

8            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

9    court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file,

10   including plaintiff's objections, the court finds the findings and recommendations to be supported

11   by the record and proper analysis.

12           Accordingly,

13       1.      The findings and recommendations issued on July 21, 2022 (Doc. No. 25) are

14               adopted in full;

15       2.      This action is dismissed without prejudice due to plaintiff's failure to prosecute

16               and failure to comply with a court order.

17       IT IS SO ORDERED.

18   Dated:   **September 8, 2022**            _____

19                                              UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

                                                2